UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV 10-543 JVS (ANx)                                    Date  May 25, 2010

Title  TIG Insurance Co. v. Thompson Pacific Construction, Inc.

Present: The Honorable   James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS)    Order to Show Cause re Removal

The Court has made a preliminary review of third-party defendant AIU Insurance Company's ("AIU") Notice of Removal.

"Although there is no Ninth Circuit precedent on this issue, district courts in the Ninth Circuit have overwhelmingly concluded that a third-party defendant cannot remove under [28 U.S.C.] § 1441." Espinoza v. Moreno, No. 1:08-CV-00931-OWW-SMS, 2009 WL 3211006, at *6 (E.D. Cal. Sept. 30, 2009) (citing Foster Poultry Farms, Inc. v. Int'l Bus. Machs. Corp., No. CIV-F-06-0680 AWI SMS, 2006 WL 2769944, at *3 (E.D. Cal. Aug. 1, 2006); United Collection Serv., Inc. v. Donaldson, No. C06-545JLR, 2006 WL 1307899, at *1 (W.D. Wash. May 9, 2006); Ciolino v. Ryan, No. C03-1396 THE, 2003 WL 21556959, at *3-6 (N.D. Cal. July 9, 2003); see also Bonner v. Fuji Photo Film, 461 F. Supp. 2d 1112, 1116 n.1 (N.D. Cal. 2006); Charles Alan Wright, Arthur R. Miller, Edward H. Cooper, & Joan E. Steinman, Federal Practice and Procedure § 3730 ("Nor can third-party defendants brought into the state action by the original defendant exercise the right to remove claims to the federal court . . . ." (footnote omitted)).

AIU is ordered to show cause, within 10 days, why the Court should not remand this action because, as a third-party defendant, AIU does not have a right to remove this case under 28 U.S.C. § 1441.

|  | 00 | : | 00 |
|---|---|---|---|
|  | Initials of Preparer | kjt |  |